PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*1:07CV1026 WKW*

| United States District Court | District *Middle* |
|---|---|
| Name (under which you were convicted): *Curt Byrd* | Docket or Case No.: *CC-82-57* |
| Place of Confinement: *Staton Correctional Center* | Prisoner No.: *131190* |
| Petitioner (include the name under which you were convicted)  *Curt Byrd* | Respondent (authorized person having custody of petitioner)  *Leon Fornis* |
| The Attorney General of the State of *Troy King* | |

(v.)

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   *Dale County*
   _____
   (b) Criminal docket or case number (if you know): *CC-82-57*

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: _____

3. Length of sentence: *2 years*

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☐   No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   _____
   _____
   _____
   _____

6. (a) What was your plea? (Check one)
   | (1) | Not guilty ☐ | (3) | Nolo contendere (no contest) ☐ |
   | (2) | Guilty ☑ | (4) | Insanity plea ☐ |

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐        Judge only ☑

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☑

8.  Did you appeal from the judgment of conviction?

Yes ☐  No ☑

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    Yes ☑  No ☐

If yes, answer the following:

(1) Name of court: _Dale County      Rule 32_

(2) Docket or case number (if you know): _CC-82-57.60_

(3) Result: _Denied_

_____

(4) Date of result (if you know): _April 2, 2007_

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐   No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐   No ☑

    (7) Result: _____

    (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition,

application, or motion?

  (1)  First petition:      Yes ☑  No ☐

  (2)  Second petition:    Yes ☐  No ☐

  (3)  Third petition:     Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: *See Supporting Brief*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did _not_ raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Rule 32*

Name and location of the court where the motion or petition was filed: _____

*Dale County*

Docket or case number (if you know): *P2·57.60*

Date of the court's decision: *April 2, 07*

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _*CR-06-1096*_

Date of the court's decision: _*August 24, 2007*_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____ *See Supporting Brief* _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑ No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑ No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☑ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

   Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____ Court of Criminal Appeals _____

Docket or case number (if you know): _CR-06-1096_____

Date of the court's decision: _____8-24-07_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑  No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☑    No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Remand the States*
*order denying Rule 32, and allow Petitioner*
*to withdraw his plea of guilt*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on *Nov. 20, 2007*
_____ (month, date, year):

Executed (signed) on *Nov. 20, 07* (date).

*[signature]*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition._____

_____

_____

\* \* \* \* \*

Curt Byrd
Box 26#131149E-2-21A
Elmore Al 36025
9877



U.S. District Court
Middle District of AL
P.O. Box 711
Montgomery Al
36101-0711

IN THE UNITED STATES

DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

2007 NOV 21  A  9: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CURT BYRD, pro-se,                          *
        PETITIONER,                         *
                                            *
                                            *
VS.                                         *      CASE NO. 1:07CV1026-WKW
                                            *
                                            *
LEON FORNIS, et.al.,                        *
TROY KING, ATTORNEY GENERAL,                *
        DEFENDANTS.                         *

PETITION FOR WRIT OF

HABEAS CORPUS

        This Petition stems from a 1982 plea of guilty entered
in the Circuit Court of Dale County, Alabama, the Petitioer rece-
ieved a sentence of Two (2) years.

FACTS

        Upon entering his plea, the Petitioner was a **Nineteen (19)**
year old youth; The Circuit Court of Dale County neglected and
failed in it's **mandatory duty** to inform the Petitioner  of  his
Constitutional Rights to apply to the benifits of **Alabama's Youth-
ful Act.** It is well settled in the State of Alabama that a crimnal
defendant under the age of **Twenty-One (21) must be informed of
the provisions of Alabama's Youthful Offender Act,** and if the
Court fails to do so, the plea must be held invalid; and if the
Court fails to do so, the plea becomes void.

## ISSUES PRESENTED FOR REVIEW

1.) AT A GUILTY PLEA HEARING, THE STATE FAILS IT'S <u>MANDATORY</u>
<u>DUTY</u> TO INFORM AN AGE ELIGIBLE DEFENDANT OF THE PROVISIONS OF
ALABAMA'S YOUTHFUL OFFENDER ACT, DOES THIS FAILURE TO DO CREATE
A <u>MANIFEST INJUSTICE</u> UNDER <u>RULE 14.4 (e) ALABAMA RULES OF CRIM-</u>
<u>NAL PROCEDURES</u>.


2.) SHOULD <u>GORDON VS. NAGEL</u>, 647 So.2d 91 (Ala. 1994) BE OVER-
RULED DUE TO THE CREATION OF <u>RULE 14.4 (e) ALABAMA RULES OF</u>
<u>CRIMINAL PROCEDURES</u>.


3.) CAN A <u>MANIFEST INJUSTICE</u> COMMITTED BY THE TRIAL COURT BE
CONSIDERED TIME BARRED: WHEN THE COURT FAILS A <u>MANDATORY DUTY</u>
THAT IS IMPOSED AND MANDATED BY A LEGISLATIVE ACT.

<u>REASONS FOR GRANTING HABEAS CORPUS</u>

This Court should grant Habeas Corpus because **the decision
of the Court of Criminal Appeals is in conflict with <u>Rule 14.4</u>
<u>(e), ALABAMA RULES OF CRIMINAL PROEDURES</u>.**

<u>ARGUMENT</u>

It is the position of the Petitioner that <u>GORDON VS. NAGEL,</u>
<u>SUPRA,</u> should be overruled. The Petitioner poses the question
now before this Court, whether or not, when a Court fails a **manda-
tory duty** to inform an age eligible defendant of the benifits of
Alabama's Youthful Offender Act, does this failure create a **mani-
fest injustice** of the Court under <u>Rule 14.4 (e) Alabama Rules of</u>
<u>Criminal Procedures</u>. And should Petitioner be allowed to file a
**MOTION TO WITHDRAW PLEA** on his 1982 conviction.

When our Legislature inacted Alabama"s Youthful Offender Act,
they imposed a **mandatory duty** upon the Courts to inform **all age
eligible defendants of the Acts benifits,** and a failure to do so
violates our **Due Process Clause.** A Trial Court should be held
accountable for it's mistakes, if a Petitioner is unaware of an
Act and fails to raise or object to an issue, he or she is penal-
ized by the Court, and a time barred issue is lost forever; but
if a Court fails to explain a **madatory act and it's madatory duty
to explain and to inform,** should the Court not be held accountable
for it's mistakes? The Petitiomner pays the price for the Courts
failure, not the Court. The **framres of our Constitution did not
intend for this to happen,** when the **Fourteenth (14th) Amendment**
was created, they intended for all to be guranteed **DUE PROCESS
OF LAW.** And our Legislature when passing Alabama's Youthful Offender
Act; they imposed a **mandatory duty** on Trial Judges to explain
to all age eligible defendants of such Act, and a failure to do so
must create a **mannifest injustice under Rule 14.4 (e) Alabama
Rules of Criminal Procedures.** If a Trial Judge fails to protect
all rights guranteed by the framers of our sacred Constitution,
the Court fails it's duty.

<u>GORDON VS. NAGEL, SUPRA,</u> should be overruled by this Court, the Petitioner should be  allowed to withdraw his plea due to the Courts failure to explain the benifits of Alabama's Youthful Offender Act, this Action should be reversed, and Petitioner be allowed to file <u>**MOTION TO WITHDRAW PLEA**</u>.

## CONCLUSION

**Petitioner** repsectfully request that after a preliminary examination, the **PETITION FOR WRIT OF HABEAS CORPUS  BE ISSUED** and this Court proceed under it's Rules to review the matter that is complained of, and to reverse the judgment of the Alabama Court of Criminal Appeals, and  **overrule** <u>GORDON VS. NAGEL,SUPRA</u> . **and Petitioner be allowed to withdraw his plea.**

RESPECTFULLY SUBMITTED,

CURT BYRD

# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

RECEIVED

**CR-06-1076** 2007 NOV 21  A  9: 41

Curt Byrd v. State of Alabama (Appeal from Dale  Circuit Court: CC82-57.60)

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 24th 2007:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk**
**Court of Criminal Appeals, on this**
**the 14th day of November, 2007.**

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Philip B. McLauchlin, Jr., Circuit Judge
    Hon. Mary Bludsworth, Circuit Clerk
    Curt Byrd, Pro Se
    James B. Prude, Asst. Atty. Gen.