IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURT BYRD, #131190, | ) ) ) |
| Petitioner, | ) ) |
| v | ) Civil Action No. 1:07cv1026-WKW ) |
| LEON FORNISS, WARDEN, *et al.*, | ) ) |
| Respondents. | ) |

**O R D E R**

Petitioner, a state inmate, filed a petition under 28 U.S.C. § 2254 challenging his conviction and sentence. However, he has not submitted the $5.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

In light of the foregoing, it is

**ORDERED** that on or before December 19, 2007, Petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Staton Correctional Facility showing the balance in his prison account at the time of his filing this petition **or** the $5.00 filing fee.

To aid Petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis*

before this court.

Done this 28th day of November, 2007.

        /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE