AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

_____
        Plaintiff

   V.

_____
        Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 1:07cv1026-WKW

I, **Curt Byrd #131190**, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration **Staton Corr Facility**
   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  **1983**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes   ☒ No
   b. Rent payments, interest or dividends                ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes   ☒ No
   d. Disability or workers compensation payments         ☐ Yes   ☒ No
   e. Gifts or inheritances                               ☐ Yes   ☒ No
   f. Any other sources                                   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

12-3-07
Date

Curt Byrd #131190
Signature of Applicant

Sworn to me on the 7th day of December 2007
Expires 4/10/2010

[notary signature]

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
Staton Correctional Facililty

AIS #: 131190      NAME: BYRD, CURT                              AS OF: 12/13/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| DEC | 18 | $40.77 | $100.00 |
| JAN | 31 | $46.05 | $50.00 |
| FEB | 28 | $30.67 | $40.00 |
| MAR | 31 | -$10.67 | $50.00 |
| APR | 30 | $1.66 | $50.00 |
| MAY | 31 | $19.14 | *$100.00 |
| JUN | 30 | $9.66 | $45.00 |
| JUL | 31 | $9.13 | $0.00 |
| AUG | 31 | $7.00 | $472.03 |
| SEP | 30 | $0.46 | $100.00 |
| OCT | 31 | $10.13 | $50.00 |
| NOV | 30 | $10.92 | $50.00 |
| DEC | 13 | $0.03 | $0.00 |

## INMATE REQUEST SLIP

Name: Curt Byrd        Quarters: C-2-28    Date: 11-30-07
AIS #: 131190

( ) Telephone Call      ( ) Custody Change    ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet        (✓) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

I would like a Print Out of all funds received in the past 120 days per Federal Court.

Thank you
Curt Byrd

<u>Do Not Write Below This Line</u> - **For Reply Only**

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (<u>Check One</u>)

( ) Warden              (✓) Deputy Warden          ( ) Captain
( ) Classification Supervisor  (✓) Legal Officer - Notary Public   (✓) Record Office

Curt Byrd
131190 E2-28A
Box 56
Elmore, AL
36025

MONTGOMERY AL 361
27 DEC 2007 PM 1 L

HAPPY HOLIDAYS
USA 41

U.S. Dist. Court
Office of the Clerk
Box 711
Montgomery, AL
36101-0711

36101+0711