IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURT BYRD,<br>#131190, | ) <br> ) <br> ) |
|       Petitioner, | ) <br> ) |
| v | )   Civil Action No. 1:07cv1026-WKW <br> ) |
| LEON FORNISS, WARDEN, *et al.*, | ) <br> ) |
|       Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*,

and for good cause, it is

ORDERED that the motion (Doc. No. 3) be and is hereby GRANTED.

Done, this 8th day of January, 2008.


                    /s/Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE