IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2008 JAN 25  A 11: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURT BYRD, ) | |
| #131190 ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 1:07-cv-1026-WKW |
| ) | |
| LEON FORNISS, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Leon Forniss, a Respondent in the above-captioned matter, and in accordance with the order of this court, making the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

I, Leon Forniss, am named as a party to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by Byrd in my

official capacity. In this capacity, I possess no known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
James B. Prude (PRU005)
Counsel for Leon Forniss, Warden of the
Staton Correctional Facility and Troy King,
Alabama Attorney General
 Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, I served a copy of the Conflict Disclosure Statement on Byrd by placing same in the United States mail, first class, postage prepaid and addressed as follows:

    Curt Byrd
    AIS #131190
    Staton Correctional Facility
    P.O. Box 56
    Elmore, Al 36025

    /s/ James B. Prude
    _____
    James B. Prude (PRU005)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL  36130-0152
    Telephone:  (334) 242-7300
    Fax:  (334) 242-2848
    E-Mail:  JPrude@ago.state.al.us

372582/117176-001