IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 FEB 12  P 2: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURT BYRD, ) | |
| #131190 ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 1:07-cv-1026-WKW |
| ) | |
| LEON FORNISS, Warden, et al., ) | |
| ) | |
|     Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Troy King and Leon Forniss, Respondents in the above-captioned matter, and in accordance with the order of this Court, to make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

Troy King and Leon Forniss, named parties to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by Byrd

in their official capacities. Neither the Attorney General or Leon Forniss have any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

/s/ James B. Prude
James B. Prude (PRU005)
Counsel for Leon Forniss, Warden of the
Staton Correctional Facility and Troy King,
Alabama Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2008, I served a copy of the Conflict Disclosure Statement on Byrd by placing same in the United States mail, first class, postage prepaid and addressed as follows:

> Curt Byrd
> AIS #131190
> Staton Correctional Facility
> P.O. Box 56
> Elmore, Al 36025

/s/ James B. Prude
_____
James B. Prude (PRU005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPrude@ago.state.al.us

372582/117176-001