# THIS PLEADING HAS BEEN STRICKEN AS A DOCKETING ERROR.