**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2008

# NOTICE OF DOCKETING ERROR

To: ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Curt Byrd vs. Leon Forniss, et al**

**Case Number: 1:07cv1026-WKW**
**Referenced Pleading: Document #13- Response to Order to Show Cause**

**The referenced pleading is hereby STRICKEN from the record as a docketing error.**