IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CURT BYRD,
#131190

    Petitioner,

vs.

LEON FORNESS, WARDEN, et al.,

    Respondents.

CIVIL ACTION NO.
1:07-cv-1026-WKW

MOTION FOR EXTENSION OF TIME

    COMES NOW, Petitioner Curt Byrd, and moves the Court to grant an Extension of time on the order to show cause issued by U.S. Magistrate Judge Susan R. Walker. The Show Cause Order has a date of February 21, 2008. Petitioner Byrd is proceeding Pro-se and needs additional time to prepare his response. Petitioner Byrd is not well educated, nor proficient in law, and the inmate para-legal who assisted the petitioner in his original filing has been transferred leaving the Petitioner at even more of a disadvatadge.

    As such, Petitioner Curt Byrd, prays the Court GRANT HIS request for an Extension of Time and order an addistional 21 days for the petitioner to prepare his response.

                                  RESPECTFULLY submitted,

                                  Petitioner, Curt Byrd

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, I mailed the foregoing to the Clerk of the Court and I further certify that I have mailed by United States Postal Service a copy of this motion for Extenion of Time to the Respondent, Warden Leon Forness at Staton Correctional Facility, PO Box 56, Elmore, AL 36025.

*Curt Byrd*
CURT BYRD

certificate of service

I hereby certify that on this 25th day of February, 2008, I mailed the foregoing to the Clerk of the Court, and I further certify that I Have mailed by United States Postal Service a copy of this motion for Extension of Time to the Resondent's Attorney- Office of the Attorny General, James B. Prude, Alabama State House 11 South Union, Montgomery, AL 361300152

*[signature]*
CURIT BYRD

Curt Byrd
131190 E2-27A
Box 56 Staton
Elmore, AL



Office of the Clerk
U.S. Dist. Court
Box 711
Mont., AL 36101-0711

**LEGAL MAIL**