IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURT BYRD, ) | |
| #131190, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv1026-WKW |
| ) | |
| LEON FORNISS, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner (Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that petitioner be GRANTED an extension from February 21, 2008, to and including March 14, 2008, to show cause why his federal habeas petition should not be dismissed as it was not filed within a reasonable time after enactment of the AEDPA, in compliance with this court's order entered on January 31, 2008.

Done this 29th day of February, 2008.

       /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE