IN THE UNITED STAES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DISTRICT

CURT BYRD
#131190
    Petitioner,

vs

CIVIL ACTION NO.
1:07-cv-1-26-wkw

LEON FORNISS,
Warden, et al.,
    Respondents

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, the PetitionerCurt Byrd, too respectfully request this Honorable Court appoint counsel in the instant case. Petitioner is not well educated, did not complete high school. Petitiioner, further, has no legal knowledge, nor experience - especiallmy the exacting nature and wide range of legal knowledge needed to research and formul.ate legal arguments in such a technical cause as the instant case.

Under Title 18 USC § 3006A (a)(2)(B) this Court has the jurisdiction to appoint counsel "at any point in the proceedings". The Petitioner prays the Court do so.

Petitioner believes appointment of counsel in the instant case is necessarmy as he is unable to make the appropriate technical arguments raised in his case. In particular, time barring underAEDPA habeas cases which under state law may be raised at any time, such as for Illegal sentences.

                                                                                                   CURT BYRD

IN THE UNITED STTATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CURT BYRD,**  CERTIFICATE OF SERVICE
#131190
    Petitioner,

vs
                                       CIVIL ACTION NO.
                                       1:07-cv-1026-WKW
LEON FORNISS,
Warden, et al.,

    Respondents.


    I hereby certify that on this 29th day of March, 2008, that I mailed by United States Postal Service true and correct copies of the attached Motions to both the Respondent, Leon Forniss, Staton Corr. Fac., Box 56, Elmore, Al.36025, and Counsel for the Respondent, James Pruce, at Office of the Attorney General, 11 S. Union St. Mont. AL

                                                                *Curt Byrd*
                                                               CURT BYRD

[Envelope image with handwritten addresses, rotated 180°:]

Return address:
Curs Bynn #131190
Box 26 E2-27A
Elmore, AL 36025

Addressee:
Legal Mail
Office of the Clerk
U.S. District Court
Box 711
Mont. AL 36101-0711

Postmark: MONTGOMERY AL 361
24 MAR 2008 PM 3 L
USA FIRST-CLASS

36101+0711