RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DISTRICT

CURT BYRD,
#131190
    Petitioner

vs
                                  CIVIL ACTION NO.
                                  1:07-cv-1026-WKW

LEON FORNISS, WARDEN, et al.,
    Respondents


mtion for further extension of time


    **Comes now** the Petitioner Curt Byrd pleading that this Honorable Court an out of time request for a further externsion of time. Petitioner misread the order issued by this Court on Feb 29, 2008, which resulted in the petittioner believing he had Until March 29, 2008 when in reality the Order staed March 14, 2008.

    No additional triemis being requested by thepetitioenr other than that needed so that the accompanying motions can be accepted by this court.. Where as the Petitioner prays thst this Hoarable Court grtant this Motion for further extension of time .

                                                    _Curt Byrd #131190_
                                                     CURT BYRD