IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURT BYRD, # 131190, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 1:07cv1026-WKW |
| | ) |
| LEON FORNISS, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion for appointment of counsel (Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 26th day of March, 2008.

　　　　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE