IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CURT BYRD,                          )
#131190,                            )
                                    )
            Petitioner,             )
                                    )
v                                   )        Civil Action No. 1:07cv1026-WKW
                                    )
LEON FORNISS, WARDEN, *et al.*,     )
                                    )
            Respondents.            )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the petitioner (Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that petitioner be GRANTED an extension from March 14, 2008, to and including March 26, 2008, to show cause why his federal habeas petition should not be dismissed as it was not filed within a reasonable time after enactment of the AEDPA, in compliance with this court's order entered on January 31, 2008.

Done this 26th day of March, 2008.


_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE