IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURT BYRD, | ) | |
| # 131190, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-1026-WKW |
| | ) | |
| LEON FORNISS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

On November 22, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 22), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation of the Magistrate Judge (Doc. # 22) is ADOPTED;

(2)   Mr. Byrd's Petition for Habeas Corpus Relief (Doc. # 1) is DENIED; and

(3)   this case is DISMISSED with prejudice.

DONE this 8th day of December, 2009.

       /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE